ROBERT F. WAGNER, as Receiver of LINCOLN BUILDING, et al., Appellants, *v.* MANUFACTURERS TRUST COMPANY, Respondent.

(Argued April 10, 1933; decided April 25, 1933.)

*Harrison Tweed, William M. Evarts* and *William W. Crosskey* for appellants.

*Louis Connick* for respondent.

Order affirmed, with costs. First question certified answered in the negative. Second and third questions not answered. No opinion.

Concur: POUND, Ch. J., LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: CRANE and HUBBS, JJ.